MAR 06 2008

KC FILED

MAR 06 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Edna Lewis-Ramey_
(Please print)

STREET ADDRESS: _739 Countryside Dr._

CITY/STATE/ZIP: _Bolingbrook IL 60490-5459_

PHONE NUMBER: _630 378-5327_

CASE NUMBER: 08CV1358
JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

_Edna Lewis-Ramey_       _3/4/08_
Signature                Date