KC FILED
MAR 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

MAR 06 2008

Edna Lewis-Ramey
_____
Plaintiff

v.

John E. Potter,
Postmaster General, USPS
_____
Defendant(s)

CASE 08CV1358
JUDGE GETTLEMAN
JUDG MAGISTRATE JUDGE NOLAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Edna Lewis-Ramey__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:_____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: July 31, 2006
      Monthly salary or wages: Net 3,099.74 (51,078 yearly) gross
      Name and address of last employer: U.S. Postal Service, 3900 Gabrielle LN, Aurora, IL 60599

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages ☐Yes ☒No
      Amount_____ Received by_____

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No

(Guide to Civil Cases for Litigants Without Lawyers: Page 40)

Amount_____ Received by_____

c.  ☒ Rent payments, ☐ interest or ☐ dividends            ☒ Yes    ☐ No
Amount 1,274 monthly    Received by CHAC and Tenant

d.  ☒ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☒ unemployment, ☐ welfare, ☐ alimony or maintenance or ☒ child support
                                                          ☒ Yes    ☐ No   See Additional Page
Amount 1,442.00 monthly Received by U.S. Office of Personnel Management

e.  ☐ Gifts or ☐ inheritances                             ☐ Yes    ☒ No
Amount_____ Received by_____

f.  ☐ Any other sources (state source:_____)       ☐ Yes    ☒ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? College      ☒ Yes   ☐ No
Property: Tuition CD for Daughter    Current Value: 10,000
In whose name held: Edna Lewis-Ramey  Relationship to you: Self

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☐ No   See Additional Page
Address of property: 1216 N. Mayfield Ave, Chicago, IL 60651
Type of property: House      Current value: 100,000 (Paid 38,000 in 1994)
In whose name held: Edna Lewis-Ramey  Relationship to you: Self
Amount of monthly mortgage or loan payments: 829.00
Name of person making payments: Self

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                          ☒ Yes   ☐ No
Property: 2001 Buick Regal
Current value: 1,500 or less
In whose name held: Edna Lewis-Ramey  Relationship to you: Self

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents

Ednesha Ramey, Daughter, total support with 417.00 from Social Sec. child support
Edmond Ramey, Son, total support with 417.00 from Social Security child support
Dominique Ramey, Daughter, total support with DCFS 831.27 monthly Child Support
Tyrone Lewis, Son, total support
Verdell Norwood, Nephew, total support

Item 3d continued

I received unemployment from the State of Illinois, Department of Employment Security, $508.00 bi weekly starting in September of 2006. It was increased in January of 2007 to $553.00 which ended in September of 2007.

Item 6 continued

My primary residence is 739 Countryside Dr., Bolingbrook, IL, 60490. I own this house; the mortgage payment is $2,010.34. I also have a home equity loan for $37,000.00 derived from using credit cards to renovate the rental up to standards. Rental property was vacant for 6 months in 2007. The monthly payment is $371.00. The income, my pension and the amount left from the rental, after paying the mortgage on the rental, doesn't cover my primary residence's mortgage, or any utilities or food. The value of the house is $280,000.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3/3/08

_Edna Lewis-Ramey_
Signature of Applicant

EdNA Lewis-Ramey
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____. I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____        _____
DATE                  SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)