MAR 0 6 2008
KC **FILED**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS 6 2008
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)     Edna Lewis-Ramey

v.

Defendant(s)     John E. Potter
Postmaster General
U.S. Postal Service

08CV1358
JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

## MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, _Edna Lewis-Ramey_ ,declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford
   the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[**NOTE:** This item *must* be completed]: I contacted a few attorneys. They wanted between $7,000 - $9,000 for retainer fees; and between one third to one half of anything received from winning the case.

3. In further support of my motion, I declare that (check appropriate box):

   [✗] I am not currently, nor previously have been, represented by an attorney appointed by the Court
   in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
   in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✗] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
   detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
   it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
   However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Edna Lewis-Ramey_
Movant's Signature

_739 Countryside Dr._
Street Address

_3/3/08_
Date

_Bolingbrook Il 60490-5459_
City, State, ZIP