# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1358 | **DATE** | 3/07/2008 |
| **CASE TITLE** | Edna Lewis-Ramey   Vs   John E. Potter | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in forma pauperis application [4] is granted.      Summons to issue
Plaintiff's motion [5] for appointment of counsel is denied without prejudice to renewal.

[Docketing to mail notices]

| | Courtroom Deputy Initials: | GDS |
|---|---|---|

Case 1:08-cv-01358     Document 6     Filed 03/07/2008     Page 1 of 1