## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1358 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Edna Ramey    vs   John Potter | | |

**DOCKET ENTRY TEXT:**

Joint status report is due by 8/20/2008.
Status hearing is set for 8/27/2008, at 9:00 a.m.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|