UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Edna Lewis Ramey
                        Plaintiff,

v.                                          Case No.: 1:08−cv−01358
                                                Honorable Robert W. Gettleman

John E Potter
                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) Mailed notice.

Dated: August 29, 2008

                                                                 /s/ Robert W. Gettleman

                                                                 United States District Judge